## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**ANGELA H.,**

        **Plaintiff,**

    **v.**
                          **Case No. 2:22-cv-4461**
                                        **JUDGE EDMUND A. SARGUS, JR.**
                                        **Magistrate Judge Chelsey M. Vascura**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

## <u>OPINION AND ORDER</u>

Plaintiff Angela H. appeals the decision of the Commissioner of Social Security which denied her claim for disability benefits. This matter was referred to the Magistrate Judge assigned to this case. On January 30, 2024, the Magistrate Judge issued a Report and Recommendation (Doc. 17) to the effect that the decision of the Commissioner be affirmed.

On February 13, 2024, the Plaintiff filed a timely objection to the Report and Recommendation. (Doc. 18.) The Commissioner has responded. (Doc. 19.) The matter is ready for review.

If a party objects within the allotted time to a report and recommendation, the Court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The undersigned has carefully reviewed the record in this case. As noted by the Magistrate Judge, the decision of the Commissioner was supported by substantial evidence and is accordance

with the law. The Court **OVERRULES** the Plaintiff's Objection (Doc. 18) **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 17), and **AFFIRMS** the Commissioner's decision.

Final judgment is entered on behalf of the Commissioner. This case is **DISMISSED**.

**IT IS SO ORDERED.**

3/25/2024                                             s/Edmund A. Sargus, Jr.
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                      **UNITED STATES DISTRICT JUDGE**

2